Onichimowski et vir, Appellants, *v.* Perlstein.

Argued December 13, 1971. *William C. Hewson,* with him *Beasley, Hewson, Casey, Kraft & Col-*

*leran,* for appellants; *Dolores B. Spina,* with her *Pepper, Hamilton & Scheetz,* for appellee.
Judgment affirmed.